750 S.E.2d 91

**TEAM IA, INC., Respondent,**

v.

**Cicero LUCAS, George Lawson, IV and
5 Point Solutions, LLC, Defendants,**

**Of whom Cicero Lucas is, Petitioner.**

**Cicero Lucas and George Lawson, IV, Third–Party Plaintiffs,**

v.

**Brent Yarborough and Team IA, Inc., Third–Party Defendants.**

Appellate Case No.2011–203166.

No. 27326.

Supreme Court of South Carolina.

Heard Oct. 3, 2013.
Decided Oct. 23, 2013.

Terry E. Richardson, Jr., Daniel Scott Haltiwanger, and Christopher James Moore, all of Richardson Patrick Westbrook & Brickman, LLC, of Barnwell, for Petitioner.

Robert Fredrick Goings, of Goings Law Firm, LLC of Columbia, for Respondent.

PER CURIAM.

After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.